Argued February 24, affirmed March 22, 1976

EDWARDS, *Appellant,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*
(No. 421-389, CA 5442)
547 P2d 163

Argued and submitted February 24, 1976.

*Howard Clyman,* Portland, argued the cause for appellant. With him on the brief were Gregory, Clyman & Nichols, Portland.

*Al J. Laue,* Assistant Attorney General, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

**PER CURIAM.**

In this workmen's compensation case claimant contends that he is suffering from a compensable occupational disease. Suffice it to say that we agree with the referee, Board and trial judge that the weight of the evidence is to the contrary.

Affirmed.